## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| EUGENE FRAZIER, JR. | CIVIL ACTION NO. 26-0182 |
| VERSUS | |
| | JUDGE ALEXANDER C. VAN HOOK |
| SHERIFF'S OFFICE SABINE PARISH, ET AL. | MAGISTRATE JUDGE McCLUSKY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 8, Petitioner's motion having been considered, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that Petitioner's complaint is **DISMISSED WITH PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 15th day of April, 2026.

**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**